Peter Strojnik, 6464
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail: *Strojnik@aol.com*
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE ENERGY BULL, a fictitiously named defendant whose true legal identity is not known by Plaintiff; HYBRID TECHNOLOGIES, INC., a Nevada Corporation; SUPERLATTICE POWER, INC. a Nevada Corporation; ABC DEFENDANTS 1-50<br>Defendants. | NO. 2:08-CV-1017 PHX ROS<br><br>**MOTION FOR SANCTIONS AGAINST DEFENDANTS FOR FILING FALSE AFFIDAVIT**<br><br>**AND FOR ORDER TO SHOW CAUSE AGAINST MICHAEL MCCARTHY**<br><br>(doc 21-2) |

Plaintiff seeks sanction against Defendants for filing the false affidavit of Michael McCarthy in aid of Defendants' Motion to Dismiss. Michael McCarthy's Affidavit is false on the matters relating to personal jurisdiction; therefore, a sanction of denial of Motion to Dismiss is the appropriate remedy. *Boron v. West Texas Exports, Inc.,* 680 F. Supp. 1532, 1536-37 (S.D.Fla. 1988) aff'd, 869 F.2d 1500 (11th Cir. 1989).

-1-

In addition, Plaintiff request that this Court issue its Order to Show Cause why Mr. McCarthy should not be found in contempt of court for filing a false declaration under the penalty of perjury.

This Motion for Sanctions and for Order to Show Cause is more fully supported by the following Memorandum of Points and Authorities that is by this reference incorporated herein.

## MEMORANDUM OF POINTS AND AUTHORITIES

This is a Telephone Consumer Protection Act of 1991 and the Junk Fax Prevention Act of 2005, 47 U.S.C. § 227 *et seq.* case ("TCPA"). In its First Amended Complaint Plaintiff alleges that Defendants attempted to pump up their stock by broadcasting unsolicited faxes numbering in the millions.

In response to the First Amended Complaint, Defendants filed a Motion to Dismiss for lack of personal jurisdiction. (doc 15) Plaintiff timely responded. Plaintiff's response argued, inter alia, that Defendants have employed Arizona stock promoter, Quality$tocks, to promote HYBR and SLAT shares. In turn, Defendants filed Objections to Evidence (doc 20) in which they argue that evidence relating to Quality$tocks should not be admissible.

Defendants themselves have now offered the Declaration of Michael McCarthy – the managing director of Quality Stocks – for the proposition that (1) Quality Stock "originated in Arizona but no longer maintains any employees or operations in the State of Arizona" (doc 21-2 at ¶ 2); and that (2) "Hybrid and Superlattice engaged our services in the State of Florida, not Arizona" doc 21-2 at ¶ 4.

The statements contained in the Declaration of Michael McCarthy under the penalty of perjury are false.

# TRUE FACTS

1. QualityStocks, LLC's articles of organization, duly filed with the Florida Department of State, Division of Corporations, on January 5, 2007 at H070000004635, disclose that Quality Stock's initial principal office was located at 7229 Tousley Drive, Indianapolis, Indiana 46256, and not in Arizona as the Declaration of Michael McCarthy swears. (See Exhibit 1, judicial notice)

2. 7229 Tousley Drive, Indianapolis, Indiana 46256 was Mr. McCarthy's residence address at the time of the filing of the Articles of Organization. (Exhibit 1, judicial notice)

3. On April 25, 2008, Michael McCarthy electronically filed a "2008 Limited Liability Company Annual Report" with the Florida Department of State, Division of Corporations. (Exhibit 2, judicial notice). In the Annual Report dated April 25, 2008, Mr. McCarthy stated "under oath" that QualityStock's "principal place of business" is "3370 N. Hayden Rd., Scottsdale, AZ 85251".

4. QualityStocks uses two local telephone contact numbers: (480) 308-0703 and (480) 308-9035. Both these telephone numbers have Scottsdale area codes (408).

5. Mr. McCarthy's own declaration admits that it was signed it in Houston, Texas. Indeed, Mr. McCarthy's present address is 2111 Holly Hall St. Apt 1206 Houston, Texas 77054-3970.

6. Other than the organization of QualityStocks LLC in the State of Florida, all operations of QualityStocks originate in Arizona.

**CONCLUSION AND PRAYER FOR RELIEF**

For the foregoing reasons it is respectfully requested that the Court issue sanctions against Defendants and that Mr. McCarthy be brought before this Court to offer an explanation, if one he would have, why he submitted a false declaration in this matter.

RESPECTFULLY SUBMITTED this 21st day of August, 2008.

**PETER STROJNIK, P.C.**

_____
Peter Strojnik
Attorney for the Plaintiff