Exhibit "1"

01/05/2007 05:  
Division of Corporations



L07000001932

https://efile.sunbiz.org/scripts/efilcovr.exe

# Florida Department of State
### Division of Corporations
Public Access System

### Electronic Filing Cover Sheet

---

Note: Please print this page and use it as a cover sheet. Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H07000004635 3)))

H070000046353ABCZ

Note: DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

---

To:
  Division of Corporations
  Fax Number   : (850)205-0383

From:
  Account Name   : CORPORATE CREATIONS INTERNATIONAL INC.
  Account Number : 110432003053
  Phone          : (305)672-0686
  Fax Number     : (305)672-9110

FILED 07 JAN -5 AM 8:47 SECRETARY OF STATE TALLAHASSEE, FLORIDA

---

## FLORIDA/FOREIGN LIMITED LIABILITY CO.

### QualityStocks LLC

| Certificate of Status | 1 |
|---|---|
| Certified Copy | 0 |
| Page Count | 04 |
| Estimated Charge | $130.00 |

RECEIVED 07 JAN -5 PM 4:18 SECRETARY OF STATE TALLAHASSEE, FLORIDA

Electronic Filing Menu    Corporate Filing Menu    Help

1 of 1                                                     1/5/07 4:03 PM

H07000004635

# ARTICLES OF ORGANIZATION

### Article I. Name

The name of this Florida limited liability company is:

QualityStocks LLC

### Article II. Address

The street and mailing address of the Company's initial principal office is:

QualityStocks LLC
7229 Tousley Drive
Indianapolis IN 46256

### Article III. Registered Agent

The name and street address of the Company's registered agent is:

Corporate Creations Network Inc.
11380 Prosperity Farms Road #221E
Palm Beach Gardens FL 33410

### Article IV. Transferability of Membership Interests

No members shall have the right to assign their membership interests in the Company without the written agreement of all of the membership interests, unless otherwise provided in the Company's Operating Agreement. If the assignment is not approved by all of the membership interests, the assignee shall have no right to become a member, to participate in the management of the Company, or to exercise any other rights or powers of a member. The assignee shall merely be entitled to receive the share of profits and other distributions and the allocation of income, gain, loss deduction, credit or similar item to which the assignor was entitled, to the extent assigned.

SECRETARY OF STATE
TALLAHASSEE, FLORIDA
07 JAN -5 AM 8:47
FILED

Corporate Creations International Inc.
11380 Prosperity Farms Road #221E
Palm Beach Gardens FL 33410
(561) 694-8107

H07000004635

Copyright © 1993-2006 CC

H07000004635

### Article V. Distribution of Profits

Unless otherwise provided in the Company's Operating Agreement, there shall not be any distribution of profits unless each separate distribution is approved by the affirmative vote of members who own more than 50% of the voting interest in the Company. The voting members shall have complete discretion on when and if to approve any

### Article VI. Management

This will be a manager-managed company. The name and address of each manager is:

MICHAEL A. MCCARTHY
7229 Tousley Drive
Indianapolis IN 46256

### Article VII. Company Existence

The Company's existence shall begin effective as of 1/5/2007.

The undersigned authorized representative of a member executed these Articles of Organization on 1/5/2007.

_Huby_
_____
CORPORATE CREATIONS INTERNATIONAL INC.
Franco E. Cammarata  Vice President
by Y.Huberdeau as attorney-in-fact

Corporate Creations International Inc.
11380 Prosperity Farms Road #221E
Palm Beach Gardens FL 33410
(561) 694-8107

07 JAN -5 AM 8:47
SECRETARY OF STATE
TALLAHASSEE, FLORIDA
FILED

H07000004635

Copyright © 1993-2006 CC

H07000004635

## STATEMENT OF REGISTERED AGENT

LIMITED LIABILITY COMPANY:
QualityStocks LLC

REGISTERED AGENT/OFFICE:
Corporate Creations Network Inc.
11380 Prosperity Farms Road #221E
Palm Beach Gardens FL 33410
UNITED STATES

I agree to act as registered agent to accept service of process for the company named above at the place designated in this Statement. I agree to comply with the provisions of all statutes relating to the proper and complete performance of the registered agent duties. I am familiar with and accept the obligations of the registered agent position.

CORPORATE CREATIONS NETWORK INC.
Yulia Huberdeau, Assistant Secretary

Date: 1/5/2007.

Corporate Creations International Inc.
11380 Prosperity Farms Road #221E
Palm Beach Gardens FL 33410
(561) 694-8107

H07000004635

Copyright © 1993-2006 CC