Exhibit "2"

DOCUMENT# L07000001932

**Entity Name:** QUALITYSTOCKS LLC

**Current Principal Place of Business:**

3370 N. HAYDEN RD.
SCOTTSDALE, AZ 85251

**New Principal Place of Business:**

3370 N. HAYDEN RD.
SUITE 123-591
SCOTTSDALE, AZ 85251

**Current Mailing Address:**

3370 N. HAYDEN RD.
SCOTTSDALE, AZ 85251

**New Mailing Address:**

3370 N. HAYDEN RD.
SUITE 123-591
SCOTTSDALE, AZ 85251

FEI Number:          FEI Number Applied For (X)          FEI Number Not Applicable ( )          Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

CORPORATE CREATIONS NETWORK, INC.
11380 PROSPERITY FARMS ROAD #221E
PALM BEACH GARDENS, FL 33410    US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
Electronic Signature of Registered Agent                                              Date

**MANAGING MEMBERS/MANAGERS:**

Title:         MGR        ( ) Delete
Name:       MCCARTHY, MICHAEL A
Address:    7229 TOUSLEY DRIVE
City-St-Zip: INDIANAPOLIS, IN 46256

**ADDITIONS/CHANGES:**

Title:         MGR        (X) Change  ( ) Addition
Name:       MCCARTHY, MICHAEL A
Address:    3370 N. HAYDEN RD. SUITE 123-591
City-St-Zip: SCOTTSDALE, AZ 85251

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

SIGNATURE: MICHAEL MCCARTHY, BY V.HAWK AS ATTY-IN-FACT        MGR        04/25/2008
Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date