FENNEMORE CRAIG, P.C.
Ray K. Harris (No. 007408)
3003 North Central Avenue
Suite 2600
Phoenix, AZ 85012-2913
Telephone: (602) 916-5000
Email: rharris@fclaw.com

Attorneys for Defendants
Hybrid Technologies, Inc. and Superlattice Power, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik, P.C., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>The Energy Bull, a fictitiously named defendant whose true legal identity is not known by Plaintiff; Hybrid Technologies, Inc., a Nevada Corporation; Superlattice Power, Inc. a Nevada Corporation; ABC Defendants 1-50,<br><br>Defendants. | No. 2:08-cv-1017 PHX ROS<br><br>**DEFENDANTS HYBRID TECHNOLOGIES, INC. AND SUPERLATTICE POWER, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF PETER STROJNIK'S MOTION FOR SANCTIONS** |

**I.     PRELIMINARY STATEMENT**

The Motion for Sanctions filed by plaintiff Peter Strojnik, P.C. ("Plaintiff") does not identify any bad faith or wrongful conduct on the part of defendants Hybrid Technologies, Inc. ("Hybrid") or Superlattice Power, Inc. ("Superlattice"). Instead, Plaintiff seeks sanctions against Hybrid and Superlattice on the allegation that a third party, Michael McCarthy of Quality Stocks LLC, signed an allegedly false affidavit. Sanctions against a party are not warranted by the acts of a non-party.

Mr. McCarthy stated in his declaration "The company [Quality$tocks] originated

in Arizona but no longer maintains any employees or operations in the State of Arizona. The only Company presence in the State of Arizona … is a P.O. Box …".

Plaintiff previously admitted the Arizona address for Quality$tocks is a "mail drop". (Declaration of Peter Strojnik dated July 23, 2008 at page 9, ll. 18-19). The services provided to Defendants were not provided from Arizona. The Declaration of Michael McCarthy states that Hybrid and Superlattice engaged Quality Stocks, a Florida LLC, in Florida, to purchase newspaper ads in publications outside of Arizona. McCarthy Dec. ¶ 2. There is simply no basis for Defendants assertion that "all operations of Quality$tocks originated in Arizona". Motion at 3.

To "prove" the Declaration of Michael McCarthy is false, Plaintiff attaches two documents apparently filed in Florida[1] stating Quality Stocks "initial principal office" was in Indiana and the new principal place of business (in April 2008) was Scottsdale, Arizona. Any inconsistency between Mr. McCarthy's declaration and the documents attached to the moving papers can be explained by a mistake in the April 2008 filing, rather than a lack of veracity by Mr. McCarthy.

Plaintiff's "impeachment" is entirely collateral to the issue raised by the motion to dismiss. Nothing contained in the moving papers disputes the lack of personal jurisdiction over defendants Hybrid and Superlattice in this case.

**II.   THERE IS NO LEGAL AUTHORITY TO SANCTION DEFENDANTS FOR THE GOOD FAITH FILING OF A THIRD PARTY DECLARATION**

Plaintiff cites the case of *Boron v. West Texas Exports, Inc.*, 680 F.Supp. 1532 (S.D.Fla. 1988) as its sole authority to levy sanctions against Defendants. In *Boron*,

---

[1] Defendant offers no authentication or foundation. Contrary to Plaintiff's claim (Motion at 3, ll. 10-11) the "evidence" attached to the motion was not signed by Michael McCarthy. Exhibit 1 (the Articles of Organization) was signed and submitted by "Y. Huberdeau as attorney-in-fact" for "Franco E. Cmmarata Vice President" of "Corporate Creations International Inc." Exhibit 2 (a 2008 Limited Liability Company Annual Report) was signed/filed by a "V.Hawk as atty-in-fact. Neither signator is identified by Plaintiff. In any event, the Plaintiff's "evidence" does come from Mr. McCarthy.

defendant West Texas Exports submitted the declaration of its own president that West Texas did not and had not conducted any business in the State of Florida. The court made a finding that the declaration was "a brazen lie." *Id*. at 1534. Indeed, the court found that West Texas had done considerable business in the State of Florida including spending thousands of dollars storing its products in Florida for shipping and sending samples of its product to the declarant in Florida for the purpose of soliciting trade with buyers. *Id*. at 1535. After finding that there were facts to support personal jurisdiction, the court also found that it would be "an appropriate sanction under these facts to resolve all disputes on the jurisdicitonal issues in favor of [plaintiff]." *Id*. at 1537.

In *Boron*, the court found that the party submitting the declaration "knew of the glaring falsity of its averments." *Id*. In the case at hand, the subject declaration was not signed by any officer, director, or employee of Hybrid or Superlattice; it was signed by an independent third party, Michael McCarthy of Quality Stocks LLC. There is no contention by Plaintiff that Hybrid, Superlattice, or its attorneys knew that any statements by Mr. McCarthy were false or misleading.

### III. THERE IS NO SUGGESTION BY PLAINTIFF THAT THE RELEVANT JURISDICTIONAL FACTS SET FORTH IN THE McCARTHY DECLARATION ARE FALSE

Mr. McCarthy's declaration states that Quality Stocks was engaged by Hybrid and Superlattice in Florida to buy newspaper ads in places other than Arizona. Plaintiff does not dispute these facts nor does he present any evidence Hybrid or Superlattice (or Quality Stocks) did business in Arizona. The evidence presented by Plaintiff establishes that (1) Quality Stocks is a Florida LLC (Exhibit 1 to Plaintiff's Motion for Sanctions); (2) Michael McCarthy, the declarant and Quality Stocks' managing director, lives in Houston, Texas (Motion for Sanctions, page 3, ll. 19-20); and (3) that Quality Stocks' only Arizona address, 3370 N. Hayden Road, Suite 123-591, Scottsdale, AZ 85251, "is a

mail drop" (Declaration of Peter Strojnik dated July 23, 2008 at page 9, ll. 18-19). There is no reason to conclude Quality Stocks performed any actual services for Defendants within the State of Arizona.

DATED this 8th day of September, 2008.

FENNEMORE CRAIG, P.C.


By *s/Ray K. Harris*
Ray K. Harris
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik
Peter Strojnik PC
3030 N. Central Ave.
Suite 1401
Phoenix, AZ  85012

*s/Melody Tolliver*