IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik, P.C.,  )<br>                    )<br>       Plaintiff,     )<br>                    )<br>vs.                 )<br>                    )<br>Energy Bull et al.,    )<br>                    )<br>       Defendants.    )<br>_____) | No. CV-08-1017-PHX-ROS<br><br>**ORDER** |

On September 3, 2008, Plaintiff filed his Second Amended Complaint (Doc. 28). The Court has since received a Stipulation To Extend Time for the newly added defendants to respond to this amended complaint (Doc. 32). Because this amended complaint was improperly filed, the Court will strike it and deny the Stipulation as moot.

The text of Federal Rule of Civil Procedure 15(a) is quite clear: "A party may amend its pleading *once* as a matter of course." Fed. R. Civ. P. 15(a)(1) (emphasis added). Plaintiff filed his first Complaint on June 2, 2008 (Doc. 1) and his First Amended Complaint on June 24, 2008 (Doc. 10). For Plaintiff to file a second amended complaint he must receive permission from the opposing party or from the Court. See Fed. R. Civ. P. 15(a)(2) ("In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave."). Plaintiff's amended complaint was also improper because it did not comply with Local Rule of Civil Procedure 15.1(a) (an amended pleading "shall indicate in what respect it differs from the pleading which it amends, by bracketing or striking through

the text to be deleted and underlining the text to be added**"**).  Although Plaintiff may have successfully sneaked his prior amended complaint onto the docket without following the rule, the Court takes its rules seriously and intends to hold all parties to strict compliance.

Accordingly,

**IT IS ORDERED** Plaintiff's Second Amended Complaint (Doc. 28) **IS STRUCK**. The Clerk of Court shall remove from the docket all parties joined to this action through the improper complaint.

**FURTHER ORDERED** Parties' Stipulation (Doc. 32) **IS DENIED AS MOOT**. Because Plaintiff's Second Amended Complaint is invalid, the stipulating defendants in this motion have no obligation to file an answer.  If Plaintiff successfully seeks leave to amend his complaint and joins these parties in the future, he will need to reserve them as required by the Rules.

DATED this 25th day of November, 2008.

_____
Roslyn O. Silver
United States District Judge