1   Peter Kristofer Strojnik, Esq. – Arizona. State Bar No. 026082
    THE LAW FIRM OF PETER STROJNIK
2   3030 North Central Avenue, Suite 1401
    Phoenix, Arizona 85012
3   Telephone: 602-297-3019
    Facsimile: 602-264-1441
4   E-mail: *pksesq@aol.com*
5   Attorney for Plaintiff

6

### IN THE UNITED STATES DISTRICT COURT

7

### FOR THE DISTRICT OF ARIZONA

8   PETER STROJNIK, P.C., an Arizona          ) NO.  2:08-cv-1017 PHX -ROS
    Corporation,                              )
9                                             )        **NOTICE OF REPRESENTATION**
                                Plaintiff,    )
10                                            )
                                              )
11       vs.                                  )
                                              )
12  THE ENERGY BULL, et al.                   )
                                              )
13                              Defendants.   )

14  **TO THE COURT:**

15         PLEASE TAKE NOTICE that in accordance with the Court's directive in open court dated

16  December 17, 2008, the Undersigned Counsel, Peter Kristofer Strojnik (SBN:  026082), does hereby

17  notice this Court that he shall represent Peter Strojnik, P.C. in the above-entitled action.   Plaintiff

18  continues to be also be represented by Peter Strojnik (6464).

19

20

21  RESPECTFULLY SUBMITTED this 22nd day of December, 2008.

22                                            **LAW FIRM OF PETER STROJNIK**

23

24                                            _____
                                              Peter Kristofer Strojnik
25                                            Attorney for the Plaintiff