IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik P.C., an Arizona corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>The Energy Bull, et al.,<br><br>            Defendants. | No. CV08-1017-PHX-ROS<br><br>**ORDER** |

**ORDER** - The Electronic Case Filing Administrative Policies and Procedures Manual promulgated in accordance with Local Rule 5.5 sets forth the requirements for proposed orders: "[F]ollowing the filing of the motion or stipulation, a proposed order in WordPerfect or MS Word format and pdf version of the motion or stipulation must be sent to the court in a separate, non-ECF generated e-mail message addressed to the appropriate chambers." Manual(II)(G)(1)(a). Counsel did not comply in their "Rule 15 Motion for Leave. . . " (Doc 37) with these requirements. Therefore, the motion is **DENIED.**

**IT IS FURTHER ORDERED** Counsel may refile their Motion within 24 hours for renewed consideration.

DATED this 30th day of December, 2008.

_____
Roslyn O. Silver
United States District Judge