**THE LAW FIRM OF PETER STROJNIK**
ATTORNEYS AT LAW
SUITE 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
pksesq@aol.com
Attorney for Plaintiffs

**IN THE DISTRICT COURT OF THE UNITED STATES**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| PETER STROJNIK, P.C., | NO. 2:08-cv-1017-PHX-ROS |
| Plaintiffs, | |
| vs. | **NOTICE OF WITHDRAWAL OF DOCS 40-45** |
| THE ENERGY BULL et al., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff Peter Strojnik, P.C. hereby withdraws Docs 40 through 45 relating to the Motion to Amend the Complaint. Plaintiff no longer seeks to amend the Complaint.

RESPECTFULLY SUBMITTED this 11th Day of March, 2009.

THE LAW FIRM OF PETER STROJNIK

_____
By: Peter Kristofer Strojnik
Attorney for Plaintiffs

Copy Electronically Submitted this
11th Day of March, 2009 to:

Steven A. Augustino, Esq.
Attorney for Digitalspeed, Pasternack
saugustino@kelleydrye.com