IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Peter Strojnik, P.C., | No. CV-08-1017-PHX-ROS |
| Plaintiff, | **ORDER** |
| vs. |  |
| Energy Bull, et al, |  |
| Defendants. |  |

On June 2, 2008, Plaintiff filed a class action Complaint against Defendant Energy Bull, and various unknown Defendants, for violation of the Telephone Consumer Protection Act of 1991 (Doc. 1). On June 24, 2008, Plaintiff amended the Complaint to include Defendants Hybrid Technologies, Inc. and Superlattice Power, Inc. as well as additional causes of action (Doc. 10). On December 11, 2008, the claims against Defendants Hybrid Technologies, Inc. and Superlattice Power, Inc. were dismissed for lack of personal jurisdiction (Doc. 34). On December 17, 2008, the Court held a hearing, pursuant to Federal Rule of Civil Procedure 4(m), requiring Plaintiff to explain why Defendant Energy Bull had not been served. Plaintiff's counsel responded that, because Energy Bull was a fictitious corporation, he did not intend to serve process, but requested an opportunity to amend the Complaint and join additional defendants. The Complaint was not dismissed on the condition that Plaintiff would file a motion to amend by December 30, 2008 (Doc. 35).

Plaintiff complied with the Order, but has since withdrawn the motion, leaving Defendant Energy Bull as the only remaining named defendant (Doc. 46). As Plaintiff has not rectified the failure to serve process, the Complaint will be dismissed.

Accordingly,

**IT IS ORDERED** Plaintiff's Complaint (Doc. 10) **IS DISMISSED WITH PREJUDICE**. The Clerk of Court shall close this case.

DATED this 12th day of March, 2009.

_____
Roslyn O. Silver
United States District Judge